# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

|  |  |
|---|---|
| In RE: | * * * |
|  | * MISC. NO. 316-002 |
| Secure Parking | * |
| Dublin Courthouse | * * * |

## ORDER

Following the construction of new facilities for the United States Marshal and the renovation of the remainder of the United States Courthouse at the Dublin Division from 2001-2003, the Court, its staff, the United States Attorney and the United States Marshal have, as necessary, utilized the secure automobile parking area within the perimeter fence at the Dublin Courthouse.

Recent confrontations have had the undesirable potential consequence of delaying or defeating the fundamental purpose of the perimeter fence and the electrically operated access control gates, that is, to enhance the physical security of the facility for all occupants, notably those judges, court staff, officers and officials of the Department of Justice, and prisoner transport personnel engaged in furthering or conducting court proceedings.

Upon the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the United States Marshal and his lawful deputies shall undertake and complete such actions as may be necessary and appropriate to:

- A) Limit access to the secure parking area to those automobiles (private and government owned) of individuals and entities conducting, involved with, or engaged in operations and proceedings of the United States District Court and its adjuncts as may be hereafter enumerated and designated by the presiding district judge: and,

- B) Notify those persons who may be reasonably expected to be affected by the entry and implementation of this order that the provisions hereof shall be enforced as soon as practicable and in no event later than January 3, 2017.

**ORDER ENTERED** at Savannah this 21st day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE